### DRUMMER v. ST. CHARLES LAND CO.

#### BASH et al. v. SAME.

(Circuit Court of Appeals, Fifth Circuit.   March 8, 1921.)

Nos. 3493, 3494.

Appeals from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge.

Suits in equity by Gustus Drummer and by C. Millicent Bash and Ethel Bash Field, as administrators, against the St. Charles Land Company. Decrees for defendant, and complainants appeal. Affirmed.

Henry P. Dart, Jr., of New Orleans, La. (Dart, Kernan & Dart, of New Orleans, La., and R. L. Russell, of Princeton, Ill., on the brief), for appellants.

Charles Carroll, of New Orleans, La. (Edward C. Craig, of Mattoon, Ill., Joseph W. Carroll, of New Orleans, La., and Donald B. Craig and Fred H. Kelly, both of Mattoon, Ill., on the brief), for appellee.

Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM.   There is no material difference between the facts of these two cases and those of the case of Eddy v. St. Charles Land Co., 271 Fed. 254. Following the decision rendered in the cited case, the decree in each of the above-entitled cases is affirmed.